IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENJAMIN GIERSCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 3:23-cv-00365 |
| MERIDIAN SECURITY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Local Rule CV-81(a), Defendant Meridian Security Insurance Company ("Defendant") files this Notice of Removal, hereby removing this action from the 14th Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff Benjamin Giersch ("Plaintiff") and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Defendant respectfully shows the Court as follows:

## I.
## INTRODUCTION

This lawsuit arises out of Plaintiff's claim for storm damage to residential property located at 3318 Shady Hollow Lane, Dallas, Texas 75233 under a homeowners insurance policy issued by Defendant. In his Original Petition, Plaintiff asserts claims against Defendant arising out of Defendant's handling of Plaintiff's insurance claim.

On January 12, 2023, Plaintiff filed his Original Petition in the 14th Judicial District Court of Dallas County, Texas. Defendant was served with a citation and a copy of Plaintiff's Original

Petition on January 20, 2023 through its registered agent for service of process. Accordingly, this Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant and is thus timely filed under 28 U.S.C. § 1446(b).

## II.
## BASIS FOR REMOVAL

**A.   THERE IS COMPLETE DIVERSITY OF CITIZENSHIP**

Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Plaintiff is an individual domiciled in Dallas County, Texas.[1] In addition, Plaintiff owns the subject Property in Dallas, County, Texas.[2] Thus, for diversity purposes, Plaintiff is a citizen of Texas. Defendant Meridian Security Insurance Company is a corporation organized under the laws of the State of Minnesota with its principal place of business in Bloomington, Minnesota. For diversity purposes, Defendant is a citizen of Minnesota. Accordingly, complete diversity of citizenship exists between Plaintiff and Defendant.

**B.   THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint.[3] Here, it is apparent from the face of Plaintiff's Original Petition that Plaintiff's claims exceed $75,000.00 because Plaintiff has specifically pled that "[p]laintiff is seeking only monetary relief of $250,000.00 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs."[4]

---

[1] *See* Plaintiff's Original Petition, Exhibit C, ¶ 2.

[2] *See* Exhibit E.

[3] *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995).

[4] *See* Plaintiff's Original Petition, Exhibit C,. at ¶ 4.

Defendant can also carry its burden by demonstrating that the amount in controversy exceeds the $75,000.00 by setting forth the facts in the removal petition. "[T]he [C]ourt may rely on summary judgment-type evidence to ascertain the amount in controversy."[5] One such type of summary judgment evidence is a pre-suit demand letter.[6]

On October 6, 2022, Plaintiff served Defendant with a demand letter pursuant to the TEXAS INSURANCE CODE and TEXAS DECEPTIVE TRADE PRACTICES ACT in which she sought "payment in the amount of $58,817.95, which includes the actual damages, attorney fees and penalties and interest on the claim if the claim is settled pre-suit."[7] The demand letter further stated that if the matter was not settled pre-suit, then the $58,817.95 demand would be withdrawn and "the new demand after suit is commenced will be $176,453.85, which will include damages for bad faith, violations of the insurance code, as well as attorney fees and interest."[8] Plaintiff's pre-suit demand thus establishes that the amount in controversy exceeds $75,000.00.

## III.
## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

As required by Local Rule 81.1(a), filed concurrently with this Notice of Removal is a completed civil cover sheet, supplemental civil case cover sheet, and Defendant's Certificates of Interested Persons that comply with Local Rules 3.1(c), 7.4, and 81.2. Additionally, the following exhibits are attached:

- **Exhibit A**: Index of all documents filed in the state court action;
- **Exhibit B**: Dallas County Civil Case Information;

---

[5] *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998) (internal quotation marks omitted).
[6] *Gutierrez v. Allstate Texas Lloyd's*, 2017 WL 3274358, at *2 (S.D. Tex. Jan. 1, 2017).
[7] *See* Exhibit D.
[8] *See* Exhibit D.

- **Exhibits C through C-5:** A copy of each pleading filed in the state court action;
- **Exhibit D**: Plaintiff's pre-suit demand; and
- **Exhibit E**: Dallas County Appraisal listing identifying Plaintiff as the owner of the subject Property

Pursuant to Section 28 U.S.C. §1446(d), Defendant will serve written notice of the filing of this Notice of Removal on Plaintiff and will file a true and correct copy of this Notice of Removal with the Court Clerk of the 14th Judicial District Court of Dallas County, Texas, promptly after the filing of same.

## IV.
## REQUEST FOR RELIEF

Defendant Meridian Security Insurance Company respectfully requests that the above-styled action now pending in the 14th Judicial District Court of Dallas County, Texas be removed to the United States District Court for the Northern District of Texas, Dallas Division. Defendant requests all such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/ Colin Batchelor*
COLIN BATCHELOR
State Bar No. 24043545
JOHALI MUZALIWA
State Bar No. 24092881

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail: colin.batchelor@tb-llp.com
       johali.muzaliwa@tb-llp.com

**ATTORNEYS FOR DEFENDANT MERIDIAN SECURITY INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on February 16, 2023, a true and correct copy of the above and foregoing instrument was served *via electronic service* upon:

**ATTORNEYS FOR PLAINTIFF**
Michael E. Cooper
Shaun W. Hodge
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: ( 409) 763-2300
Email: mcooper@hodgefirm.com
shodge@hodgefirm.com

*/s/ Colin Batchelor*
COLIN BATCHELOR