UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENJAMIN GIERSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| MERIDIAN SECURITY INSURANCE COMPANY, | ) | 3:23-CV-0365-G |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' agreed motion for abatement pending completion of agreed appraisal (docket entry 9) is **GRANTED**. It is therefore **ORDERED** that the above-styled and numbered action is hereby **ABATED** as to discovery and any proceedings until such time as the appraisal process is concluded, and the appraisal panel has issued its final award.

In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**. The case may be reopened, without prejudice, upon the motion of any party. The right to reopen shall continue 30 days after the appraisal process is completed.

**SO ORDERED**.

March 13, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**