IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENJAMIN GIERSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| MERIDIAN SECURITY INSURANCE COMPANY, | ) ) | 3:23-CV-0365-G |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' joint stipulation of dismissal with prejudice (docket entry 14). The court construes the pleading as a motion to reopen administratively closed case and to dismiss this action with prejudice. So construed, the motion is **GRANTED**.

It is therefore **ORDERED** that this case is **REOPENED**.

It is further **ORDERED** that this case and all claims that have been and/or could have been asserted in this matter are **DISMISSED** with prejudice to the refiling of same.

It is further **ORDERED** that each party will bear its own attorney's fees, costs, and expenses in this matter.

It is further **ORDERED** that all relief not previously granted is hereby **DENIED**.

This is a final order disposing of all claims and causes of action asserted herein.

**SO ORDERED**.

July 9, 2024.

*C. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**